# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Dace Smith**

    vs.

**Dr. Haider-Smith, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-1233

____    **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**    **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED SEPTEMBER 8, 2005.

Dated:  September 8, 2005

_[signature]_
Clerk of Court

s/S. Potter
By:  Deputy Clerk